**SO ORDERED.**

**SIGNED this 11 day of February, 2025.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **CHARLES L. SIMPSON, SR.** | **25-00133-5-JNC** |
| | **CHAPTER 13** |
| **DEBTOR** | |

### ORDER TO APPEAR AND SHOW CAUSE

Pending before the court is the Application to Pay Filing Fee in Installments (Dkt 7) filed by the pro se debtor Charles L. Simpson, Sr. This current chapter 13 bankruptcy case is the fourth such case he has filed in this district within the last 24 months. *See* 23-02717-5-JNC, 24-00957-5-JNC, 24-02803-5-JNC. Each of the three prior cases were dismissed for failure to obey orders of the court, file required documents such as a viable chapter 13 plan, or appear at court hearings. Further, in each prior case, unpaid assessed costs and filing fees remain outstanding and unpaid, summarized as follows:

- 24-02803-5-JNC:  $53.00 fees for returned non-sufficient funds;[1]
- 24-00957-5-JNC:  $313.00 filing fees; and
- 23-02717-5-JNC:  $313.00 filing fees.

The series of chapter 13 case filings without filing valid plans or paying filing fees in accord with three prior court orders calls into question the good faith of Mr. Simpson in the bankruptcy process, and whether he actually filed and is in control of his case or if it is being directed by others who are not attorneys licensed to appear before this court. Mr. Simpson must therefore appear and verify the filing of this fourth case, its contents, his signatures, and assure payment of unpaid fees.

**THEREFORE, Debtor Charles L. Simpson, Sr. is HEREBY ORDERED and DIRECTED to appear in person before the court to show cause as to why this case should not be dismissed for bad faith filing, the hearing being as follows:**

---

[1] Debtor paid the $313 following fee following dismissal of this case, but not the NSF fees assessed from a failed prior payment attempt.

**DATE: Wednesday, March 5, 2025**
**TIME: 10:00 AM**
**PLACE: Randy D. Doub Bankruptcy Courthouse 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858**

Failure to appear and demonstrate the good faith nature of the case filing and provide assurance of filing fee payment may result not only in dismissal of this current bankruptcy case but also in a ban from further filing by Debtor.

No further notice of the show cause hearing will be sent.

**END OF DOCUMENT**